1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
2    Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
3    Aparajit Bhowmik (State Bar #248066)
4    Piya Mukherjee (State Bar #274217)
2255 Calle Clara
5  La Jolla, CA 92037
6  Telephone: (858)551-1223
Facsimile: (858) 551-1232
7  Website: www.bamlawca.com
8
Attorneys for Plaintiffs
9
10
## UNITED STATES DISTRICT COURT
11
## NORTHERN DISTRICT OF CALIFORNIA
12
## SAN FRANCISCO DIVISION
13

| | |
|---|---|
| CATHERINE JANE VALLE and DON PEROLINO CRISTOBAL, as the Representatives of the State of California,<br><br>    Plaintiffs,<br><br>vs.<br><br>LOWE'S HIW, INC.; a Washington Corporation,<br><br>    Defendant. | Case No.: **C 11-5168 SC**<br><br>STIPULATION TO DISMISS THE ACTION<br><br>Judge:  Hon. Samuel ContiCourt No.: 1 - 17th Floor<br><br>Complaint Filed:  September 8, 2011 |

STIPULATION TO DISMISS THE ACTION

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | IT IS HEREBY STIPULATED by and between Plaintiffs Catherine Jane Valle |
| 3 | and Don Perolino Cristobal ("Plaintiffs") by and through their counsel of record and |
| 4 | Lowe's HIW, Inc. ("Lowe's") by and through its counsel of record, as follows: |
| 5 | WHEREAS, Plaintiffs filed this action in San Mateo County Superior Court on |
| 6 | September 8, 2011; |
| 7 | WHEREAS, Defendant removed this action to the United States District Court |
| 8 | for the Northern District of California on October 24, 2011 [Doc. No. 1], and filed a |
| 9 | Motion to Dismiss on October 31, 2011 [Doc. No. 8]; |
| 10 | WHEREAS, in the interest of judicial economy, the parties wish to avoid any |
| 11 | waste of Court resources on the Motion to Dismiss. |
| 12 | THEREFORE, the parties stipulate and hereby request that: |
| 13 | 1.   The parties agree that Plaintiffs' demand for arbitration in AAA Case No. |
| 14 | 73 460 00332 11 can be amended forthwith by Plaintiffs to allege a Private Attorney |
| 15 | General Act ("PAGA") claim based upon the Labor Code violations alleged in the |
| 16 | current arbitration demand; |
| 17 | 2.   The parties' agreement to the amendment of the demand is not and will |
| 18 | not be construed as an admission by either party that the PAGA claim is permitted or |
| 19 | prohibited by the arbitration agreement, and the parties agree that the arbitrator shall |
| 20 | not consider this stipulation or the parties' agreement to the amendment of the demand |
| 21 | when determining the proper scope of the arbitration; |
| 22 | 3.   The parties agree that their respective arguments and positions |
| 23 | concerning arbitrability and the arbitration clause construction, including arguments |
| 24 | and positions directed to the scope of the arbitration (which, in turn, shall be |
| 25 | determined by the arbitrator per the terms of this Court's August 22, 2011 order in |
| 26 | Related Case No. 11-1489 SC), are hereby preserved; |
| 27 | |
| 28 | |

4. The instant action, Case No CV 11-5168, will be voluntarily dismissed without prejudice to allow the PAGA claim to be alleged in the arbitration demand, with each side to bear its own fees and costs with respect to Case No CV 11-5168.

Dated: November 14, 2011          BLUMENTHAL, NORDREHAUG & BHOWMIK

                                  By:     */s/ Kyle Nordrehaug*
                                         Kyle Nordrehaug
                                         Attorneys for Plaintiffs

Dated: November 14, 2011          HUNTON & WILLIAMS LLP

                                  By:     */s/ Jason Kim*
                                         Jason J. Kim
                                         Attorneys for Defendant
                                         LOWE'S HIW, INC.

**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHERINE JANE VALLE and DON PEROLINO CRISTOBAL, as the Representatives of the State of California,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HIW, INC.; a Washington Corporation,<br><br>Defendant. | Case No.: **C 11-5168 SC**<br><br>[~~PROPOSED~~] ORDER DISMISSING THE ACTION<br><br>Judge:    Hon. Samuel Conti<br> Court No.:  1 - 17th Floor<br><br>Complaint Filed:    September 8, 2011 |

---

[PROPOSED] ORDER DISMISSING THE ACTION

# ORDER

The Court, having reviewed the parties' Stipulation for Dismissal, good cause appearing, hereby orders as follows:

1. The above entitled action is dismissed without prejudice, with each side to bear their own fees and costs with respect to Case No CV 11-5168.

**IT IS SO ORDERED.**

Dated: November 15, 2011



_____
Honorable
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER DISMISSING THE ACTION